AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MR. ARJUN WANEY, a citizen of the United States and the United Kingdom; and COYA RESTAURANTS, LLC, a Florida limited liability company,<br><br>*Plaintiff(s)*<br><br>v.<br><br>305 CONCEPTS, LLC; 305 CONCEPTS HOLDINGS, LLC; 305 CONCEPTS WYNWOOD, LLC; and LATINO CONCEPTS, LLC,<br><br>*Defendant(s)* | Civil Action No. 16-cv-24398-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Latino Concepts, LLC, by serving its Registered Agent:
Alan Drummond
250 NW 23rd Street, #312
Miami, Florida  33127


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leslie J. Lott
Lott & Fischer PL
355 Alhambra Circle, Suite 1100
Coral Gables, FL  33134
(305) 448-7089
E-mail: ljlott@lottfischer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/18/2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MR. ARJUN WANEY, a citizen of the United States and the United Kingdom; and COYA RESTAURANTS, LLC, a Florida limited liability company, <br> *Plaintiff(s)* <br><br> v. <br><br> 305 CONCEPTS, LLC; 305 CONCEPTS HOLDINGS, LLC; 305 CONCEPTS WYNWOOD, LLC; and LATINO CONCEPTS, LLC, <br> *Defendant(s)* | Civil Action No. 16-cv-24398-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  305 Concepts Wynwood, LLC, by serving its Registered Agent:
Sven Vogtland
1750 N. Bayshore Drive
Miami, Florida 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leslie J. Lott
Lott & Fischer PL
355 Alhambra Circle, Suite 1100
Coral Gables, FL  33134
(305) 448-7089
E-mail:  ljlott@lottfischer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  10/18/2016

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MR. ARJUN WANEY, a citizen of the United States and the United Kingdom; and COYA RESTAURANTS, LLC, a Florida limited liability company,<br><br>*Plaintiff(s)*<br><br>v.<br><br>305 CONCEPTS, LLC; 305 CONCEPTS HOLDINGS, LLC; 305 CONCEPTS WYNWOOD, LLC; and LATINO CONCEPTS, LLC,<br><br>*Defendant(s)* | Civil Action No. 16-cv-24398-MGC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  305 Concepts Holdings, LLC, by serving its Registered Agent:
Sven Vogtland
1750 N. Bayshore Drive
Miami, Florida 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Leslie J. Lott
Lott & Fischer PL
355 Alhambra Circle, Suite 1100
Coral Gables, FL  33134
(305) 448-7089
E-mail:  ljlott@lottfischer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  10/18/2016

Steven M. Larimore
Clerk of Court

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MR. ARJUN WANEY, a citizen of the United States and the United Kingdom; and COYA RESTAURANTS, LLC, a Florida limited liability company, <br> *Plaintiff(s)* <br> v. <br> 305 CONCEPTS, LLC; 305 CONCEPTS HOLDINGS, LLC; 305 CONCEPTS WYNWOOD, LLC; and LATINO CONCEPTS, LLC, <br> *Defendant(s)* | Civil Action No. 16-cv-24398-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  305 Concepts, LLC, by serving its Registered Agent:
Sven Vogtland
1750 N. Bayshore Drive
Miami, Florida 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Leslie J. Lott
Lott & Fischer PL
355 Alhambra Circle, Suite 1100
Coral Gables, FL  33134
(305) 448-7089
E-mail: ljlott@lottfischer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  10/18/2016

Steven M. Larimore
Clerk of Court

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts